```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 07 B 19523
   MARY KAY STATEN LONG
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
           Debtor
   SSN XXX-XX-4354

--------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 10/22/2007 and was not confirmed.

     The case was dismissed without confirmation 12/13/2007.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS         CLAIM AMOUNT     INTEREST    PRINCIPAL
                                                          PAID         PAID
--------------------------------------------------------------------------
WELLS FARGO FINANCIAL IL  UNSECURED        1222.56          .00          .00
LINCOLN PARK SAVINGS BAN  CURRENT MORTG        .00          .00          .00
LINCOLN PARK SAVINGS BAN  CURRENT MORTG        .00          .00          .00
LINCOLN PARK SAVINGS BAN  SECURED NOT I        .00          .00          .00
PEOPLES GAS LIGHT & COKE  UNSECURED        5308.40          .00          .00
PRO SE DEBTOR             DEBTOR ATTY         .00                        .00
TOM VAUGHN                TRUSTEE                                        .00
DEBTOR REFUND             REFUND                                         .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 .00

PRIORITY                                        .00
SECURED                                         .00
UNSECURED                                       .00
ADMINISTRATIVE                                  .00
TRUSTEE COMPENSATION                            .00
DEBTOR REFUND                                   .00
                     --------------      --------------
TOTALS                  .00                     .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
     Dated: 03/27/08          _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE